# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| ARMSTRONG TEASDALE, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    4:21-cv-00341 NAB |
| | ) | |
| MATT MARTORELLO, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants have filed a motion to dismiss for lack of personal jurisdiction. [Doc. No. 30]. It is not a perfunctory motion. Far from it. The motion raises serious questions as to the Court's jurisdiction over each of the six Defendants. Pursuant to Fed. R. Civ. Proc. 26(c), the Court should thus stay discovery pending its ruling on the motion to dismiss.

Defendants have filed a contemporaneous memorandum in support of this motion.

Respectfully Submitted

JACOBSON PRESS P.C.
By: /s/ Allen P. Press
Allen P. Press, #39293
222 South Central Avenue, Suite 550
Clayton, Missouri 63105
Phone: 314-899-9789
Fax: 314-899-0282
Press@ArchCityLawyers.com

BROPHY & DEVANEY, PLLC
Joseph F. Brophy, admitted *pro hac vice*
Marianne Barth, admitted *pro hac vice*
The Overlook at Barton Creek
317 Grace Lane, Suite 210
Austin, Texas 78746
Phone:  (512) 910-7797
Joe@bdlawpllc.com
Marianne@bdlawpllc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The filing attorney certifies that on July 20, 2021 a copy of the foregoing was served pursuant to the Court's ECF system.