**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ARMSTRONG TEASDALE LLP, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MATT MARTORELLO, REBECCA ) <br> MARTORELLO, JUSTIN MARTORELLO, ) <br> GALLANT CAPITAL LLC, LIONT LLC, and ) <br> EVENTIDE CREDIT ACQUISITIONS LLC ) <br> ) <br> Defendants. ) | Case No.: 4:21-CV-341-NAB |

## NOTICE AND REQUEST FOR ADDITIONAL TIME

On November 11, 2021, Plaintiff Armstrong Teasdale LLP notified the Court that the Parties had reached an agreement in principle whereby Defendants, on or before December 10, 2021, would answer and not challenge the jurisdiction or venue of the Eastern District of Pennsylvania in the separate case pending there and involving the same parties. Plaintiff expected that the agreement would be consummated by December 10, 2021, and that Plaintiff would be in a position to file a notice of dismissal without prejudice of this case pursuant to Rule 41 (a)(1)(A)(i). Based on that agreement in principle, Plaintiff had requested and the Court granted a stay of the proceedings until December 13, 2021. However, the parties now have an unresolved issue related to the agreement in principle. As a result, Plaintiff requests a stay of the proceedings for an additional ten days, until December 23, 2021, to save judicial resources and to allow the parties additional time to attempt to consummate their agreement.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: */s/ Matthew S. Shorey*
    Thomas B. Weaver     #29176MO
    Matthew S. Shorey    #47861MO
    Angela B. Kennedy    #69167MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    tweaver@atllp.com
    mshorey@atllp.com
    akennedy@atllp.com

ATTORNEYS FOR PLAINTIFF
ARMSTRONG TEASDALE LLP

## **Certificate of Service**

  The undersigned certifies that on December 13, 2021, the foregoing was submitted using the Court's electronic filing system, and served via email to counsel for all parties to the case.

              */s/ Matthew S. Shorey*