# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ARMSTRONG TEASDALE LLP,              ) | |
|                                       ) | |
|     Plaintiff,   ) | |
|                                       ) | |
| vs.                                   ) | Case No.: 4:21-CV-341-NAB |
|                                       ) | |
| MATT MARTORELLO, REBECCA              ) | |
| MARTORELLO, JUSTIN MARTORELLO,        ) | |
| GALLANT CAPITAL LLC, LIONT LLC, and   ) | |
| EVENTIDE CREDIT ACQUISITIONS LLC      ) | |
|                                       ) | |
|     Defendants.  ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Armstrong Teasdale LLP and, pursuant to Rule 41(A)(1)(A)(i), gives notice of dismissal of this action without prejudice.

Respectfully submitted,

ARMSTRONG TEASDALE LLP


By: */s/ Matt S. Shorey*
    Thomas B. Weaver     #29176MO
    Matthew S. Shorey     #47861MO
    Angela B. Kennedy     #69167MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    tweaver@atllp.com
    mshorey@atllp.com
    akennedy@atllp.com

    ATTORNEYS FOR PLAINTIFF
    ARMSTRONG TEASDALE LLP

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 23, 2021, the foregoing was submitted using the Court's electronic filing system, and served via email to counsel for all parties to the case.

                                                    */s/ Matt S. Shorey*